IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTIE M. PARROT,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>   Defendant. | Case No. CIV-09-002-RAW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

  On March 15, 2012, United States Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

  IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

  IT IS SO ORDERED this 30th day of March, 2012.

**Dated this 30th day of March, 2012.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma